# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141777(55)

AMANDA SCHREUR,
    Plaintiff-Appellant,

v

                 SC: 141777
                 COA: 285792
DEPARTMENT OF HUMAN SERVICES,    Bay CC: 07-003605-AA
    Defendant-Appellee.
_____/

   On order of the Court, the motion for reconsideration of this Court's March 4, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   MARILYN KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in her dissenting statement in this case, 488 Mich 1042 (2011).

   HATHAWAY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

d0620